1  LUCAS VALLEY LAW
   MARK K. de LANGIS (SBN 190083)
2  2110 Elderberry Lane
   San Rafael, California 94903
3  Telephone: (415) 472-3892
   Facsimile:  (415) 472-3977
4  mdelangis@lucasvalleylaw.com

5  Attorneys for Plaintiffs
   AMERICAN PRESIDENT LINES, LTD. and
6  APL CO. Pte., LTD.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11                                              CV 07        6462

12

13 | AMERICAN PRESIDENT LINES, LTD., a | No.
14 | corporation, and APL CO. Pte., LTD., a corporation, |
15 |                                   | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
   |      Plaintiffs,                  |
16 |                                   | [Local Rule 3-16]
   |   v.                              |
17 |                                   |
18 | HARTFORD FIRE INSURANCE COMPANY, a corporation, |
19 |                                   |
   |      Defendant.                   |
20

21

22  ///

23

24  ///

25

26

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    (a)    Neptune Orient Lines (NOL) – parent corporation

    (b)    American President Lines, Ltd. (APL) – plaintiff (NOL subsidiary)

    (c)    APL Co. Pte., Ltd. – plaintiff (affiliated corporation)

These representations are made to enable the Court to evaluate possible disqualifications or recusal.

Dated: December 26, 2007

_____
Mark K. de Langis
Attorney of Record for
American President Lines, Ltd. and
APL Co. Pte., Ltd.