UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN PRESIDENT LINES,<br><br>Plaintiff(s),<br><br>v.<br><br>HARTFORD FIRE INS., CO.,<br><br>Defendant(s).<br>_____/ | No. C 07-06462 JCS<br><br>**CONSENT TO PROCEED BEFORE A<br>UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: 2/5/08

Signature *Mark K. de Langis*

Counsel for *American President Lines, et al.*
(Name or party or indicate "pro se")

2