ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

AMERICAN PRESIDENT LINES, LTD., a corporation and APL CO. Pte., LTD., a corporation,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

HARTFORD FIRE INSURANCE COMPANY, a corporation,

CV 07 6462

JCS

Defendant.

TO:

HARTFORD FIRE INSURANCE COMPANY
Hartford, CT

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Mark K. de Langis  (SBN 190083)
Lucas Valley Law
2110 Elderberry Lane
San Rafael, CA  94903

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

DEC 2 6 2007

CLERK                                                                          DATE

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

OAO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

DATE  January 4, 2008

Service of the Summons and complaint was made by me[(1)]

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Mark K. de Langis | Attorney-at-law |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

X  Other (specify):   Served pursuant to FRCP 4(e)(1) and FRCP (4)(h)(1) authorizing service under California Code of Civil Procedure section 415.40 by Registered Mail, Return Receipt Requested (signed Return Receipt attached hereto).

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   February 5, 2008
               Date

*[Signature]*
Signature of Server

2110 Elderberry Lane
San Rafael, CA 94903

Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Dale K. Goldstein    ☒ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
Dale K. Goldstein    JAN 0 4 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

   DAVID M. JOHNSON
   EXECUTIVE VP & CHIEF FINANCIAL OFFICER
   HARTFORD FIRE INSURANCE COMPANY
   HARTFORD PLAZA
   HARTFORD, CT  06115

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☒ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   RB 440 272 294 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Lucas Valley Law
2110 Elderberry Lane
San Rafael, CA 94903