1  LUCAS VALLEY LAW
   MARK K. de LANGIS (SBN 190083)
2  2110 Elderberry Lane
   San Rafael, California 94903
3  Telephone: (415) 472-3892
   Facsimile: (415) 472-3977
4  mdelangis@lucasvalleylaw.com

5  Attorney for Plaintiffs
   AMERICAN PRESIDENT LINES, LTD. and
6  APL CO. Pte., LTD.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | AMERICAN PRESIDENT LINES, LTD., a corporation and APL CO. Pte., LTD., a corporation, | No. CV 07-6462 JCS |
|---|---|---|
| 12 | | |
| 13 | Plaintiffs, | NOTICE OF VOLUNTARY DISMISSAL |
| 14 | v. | [F.R.C.P. 41(a)(1)] |
| 15 | HARTFORD FIRE INSURANCE COMPANY, a corporation, | |
| 16 | Defendant. | |

17

18

19

20

21

22  ///

23

24  ///

25

26  ///

NOTICE OF VOLUNTARY DISMISSAL

1   NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure, Rule
2   41(a)(1), plaintiffs American President Lines, Ltd. and APL Co. Pte., Ltd. voluntarily dismiss the
3   above-captioned action with prejudice.

DATED: March 11, 2008

LUCAS VALLEY LAW

By: /s/ Mark K. de Langis
Mark K. de Langis
Attorneys for Petitioners
AMERICAN PRESIDENT LINES, LTD. and APL
CO. Pte., Ltd.

NOTICE OF VOLUNTARY DISMISSAL
2

PROOF OF SERVICE

I am a citizen of the United States, over 18 years of age, not a party to this action and employed in the County of Marin, California, at 2110 Elderberry Lane, San Rafael, California 94903.

Today I served the attached:

NOTICE OF VOLUNTARY DISMISSAL

by causing a true and correct copy of the above to be placed in the United States Mail at San Rafael, California in a sealed envelope(s) with postage prepaid, addressed as follows:

Daniel F. Shapiro, Esq.
Law Offices of Daniel Shapiro, P.C.
254 South Main St., 5th Floor
New City, NY 10956
(For Hartford Fire Ins. Co.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 11, 2008.

_____
Mark K. de Langis

NOTICE OF VOLUNTARY DISMISSAL
3